# U.S. District Court
# Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:04-cr-00013-FDW-DCK-5

Case title: USA v. Johnson, et al

Date Filed: 01/30/2004
Date Terminated: 05/17/2005

---

Assigned to: District Judge Frank D. Whitney
Referred to: Magistrate Judge David Keesler

### Defendant (5)

**Thomas Russell Christmas**
TERMINATED: 05/17/2005
also known as
Sld Deft 3:04CR13-5
TERMINATED: 05/17/2005

represented by **Thomas Joseph Blackwood, III**
704 Lexington Ave.
Charlotte, NC 28203
704-376-2912
Fax: 704-376-2912
Email: tjblack@infionline.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE
(1)

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(6)

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(9)

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(10)

### Disposition

120 mos imp conc + 3 yr SRT conc + $100 assess

120 mos imp conc + 3 yr SRT conc + $100 assess

120 mos imp conc + 3 yr SRT conc + $100 assess

120 mos imp conc + 3 yr SRT conc. $100

### Highest Offense Level (Opening)

Felony

### Terminated Counts

### Disposition

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA      represented by    **Adam Christopher Morris AUSA**
227 West Trade Street
Suite 1650
Charlotte, NC 28202
704-338-3101
Fax: 704-344-6629
Email: lorraine.simpson@usdoj.gov
*TERMINATED: 08/03/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward R. Ryan**
U.S. Attorney's Office
227 West Trade Street
Suite 1650
Charlotte, NC 28105
704-338-3131
Fax: 704-344-6629
Email: ed.ryan@usdoj.gov
*TERMINATED: 08/03/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Zolot**
U.S. Attorney's Office
227 W. Trade St.
Charlotte, NC 28202
704-344-6222
Email: kevin.zolot@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Jones AUSA**
U.S. Attorney's Office
227 W. Trade St., Suite 1650
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6229

Email: lorraine.simpson@usdoj.gov
*TERMINATED: 01/04/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Savage**
U.S. Attorney's Office
227 W. Trade St.
1700 Carillon
Charlotte, NC 28202
704/344-6222
Fax: 704/227-0197
Email: mike.savage2@usdoj.gov
*TERMINATED: 11/19/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Owen Washington**
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3107
Fax: (704) 344-6629
Email: dana.washington@usdoj.gov
*TERMINATED: 08/03/2009*

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 06/29/2004 | 18 | 8 | SEALED SUPERSEDING INDICTMENT as to Jason Alan Johnson (1) count(s) 1s, 2s, 3s, 4s, 5s , Sld Deft 3:04CR13-2 (2) count(s) 1, 2, 3, Sld Deft 3:04CR13-3 (3) count(s) 1, Sld Deft 3:04CR13-4 (4) count(s) 1, Sld Deft 3:04CR13-5 (5) count(s) 1, 6, 9, 10, Sld Deft 3:04CR13-6 (6) count(s) 1, Sld Deft 3:04CR13-7 (7) count(s) 1, Sld Deft 3:04CR13-8 (8) count(s) 1, Sld Deft 3:04CR13-9 (9) count(s) 1, 7, Sld Deft 3:04CR13-10 (10) count(s) 1, Sld Deft 3:04CR13-11 (11) count(s) 1, Sld Deft 3:04CR13-12 (12) count(s) 1, Sld Deft 3:04CR13-13 (13) count(s) 1, 8 (sdc) (Entered: 07/01/2004) |
| 06/29/2004 | | | SEALED Arrest WARRANT issued as to Sld Deft 3:04CR13-2, Sld Deft 3:04CR13-3, Sld Deft 3:04CR13-4, Sld Deft 3:04CR13-5, Sld Deft 3:04CR13-6, Sld Deft 3:04CR13-7, Sld Deft 3:04CR13-8, Sld Deft 3:04CR13-9, Sld Deft 3:04CR13-10, Sld Deft 3:04CR13-11, Sld Deft 3:04CR13-12, Sld Deft 3:04CR13-13 (sdc) (Entered: 07/01/2004) |
| 07/21/2004 | | | ARREST of Thomas Russell Christmas in NDGA (Atlanta) (mga) (Entered: 07/27/2004) |
| 07/22/2004 | 41 | | MOTION by USA as to Jason Alan Johnson, Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison to Unseal Indictment referred to: Magistrate Judge David C. Keesler (sdc) (Entered: 07/30/2004) |

| | | | |
|---|---|---|---|
| 07/23/2004 | | | MOTION in open court by USA as to Jason Alan Johnson, Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison to Unseal Indictment (sdc) (Entered: 07/27/2004) |
| 07/23/2004 | | | ORAL ORDER as to Jason Alan Johnson, Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison granting [0-0] oral motion to Unseal Indictment as to Jason Alan Johnson (1), Jason Michael Agard (2), Aaron Charles Beane (3), Carroll Joseph Carpin (4), Thomas Russell Christmas (5), Bradford Lane Couch (6), Billy Jason Keith (7), Dennis Gerald Keith (8), William Russell Locklear (9), Jason Armistead Sadler (10), Christopher Shane Pigg (11), Shane Ray Pope (12), Mitchell Terrell Morrison (13) ( Entered by Magistrate Judge Carl Horn III ) (sdc) (Entered: 07/27/2004) |
| 07/23/2004 | | | Indictment unsealed as to Jason Alan Johnson, Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison (sdc) (Entered: 07/27/2004) |
| 07/23/2004 | 43 | | Arrest WARRANT Returned Executed as to Thomas Russell Christmas on 7/20/04 (sdc) (Entered: 07/30/2004) |
| 07/26/2004 | 37 | | Rule 40 Documents as to Thomas Russell Christmas received from NDGA (Atlanta) (mga) (Entered: 07/27/2004) |
| 07/27/2004 | 52 | | ORDER as to Jason Alan Johnson, Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison granting [41-1] motion to Unseal Indictment as to Jason Alan Johnson (1), Jason Michael Agard (2), Aaron Charles Beane (3), Carroll Joseph Carpin (4), Thomas Russell Christmas (5), Bradford Lane Couch (6), Billy Jason Keith (7), Dennis Gerald Keith (8), William Russell Locklear (9), Jason Armistead Sadler (10), Christopher Shane Pigg (11), Shane Ray Pope (12), Mitchell Terrell Morrison (13) ( Signed by Magistrate Judge David C. Keesler ) (sdc) (Entered: 07/30/2004) |
| 08/12/2004 | | | Initial Appearance as to Thomas Russell Christmas held Arraignment set for 10:20 8/17/04 for Thomas Russell Christmas ; Detention Hearing set for 10:20 8/17/04 for Thomas Russell Christmas Dft informed of rights. Judge: horn Court Rptr: tob FTR AUSA: Ryan (tob) (Entered: 08/12/2004) |
| 08/12/2004 | | | MOTION in open court by Thomas Russell Christmas for Appointment of Counsel (tob) (Entered: 08/12/2004) |
| 08/12/2004 | | | ORAL ORDER as to Thomas Russell Christmas granting [0-0] oral motion for Appointment of Counsel as to Thomas Russell Christmas (5) ( Entered by Magistrate Judge Carl Horn III ) (tob) (Entered: 08/12/2004) |

| Date | No. | | Description |
|---|---|---|---|
| 08/12/2004 | 66 | | CJA 20 as to Thomas Russell Christmas : Appointment of Attorney Thomas J. Blackwood III (tob) (Entered: 08/12/2004) |
| 08/17/2004 | | | Detention Hearing as to Thomas Russell Christmas held Judge: horn Court Rptr: tob FTR AUSA: Knight (tob) (Entered: 08/18/2004) |
| 08/17/2004 | 73 | | ORDER OF DETENTION as to Thomas Russell Christmas ( signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 08/18/2004) |
| 08/17/2004 | | | Arraignment as to Thomas Russell Christmas held Judge: horn Court Rptr: tob FTR AUSA: Knight (tob) (Entered: 08/18/2004) |
| 08/17/2004 | 74 | | Arraignment Order as to Thomas Russell Christmas setting Calendar Call for 10:00 11/22/04 for Thomas Russell Christmas ; ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 08/18/2004) |
| 08/18/2004 | 75 | | Standard Discovery Order as to Thomas Russell Christmas (tob) (Entered: 08/18/2004) |
| 09/14/2004 | | | Bond Review Hearing as to Thomas Russell Christmas held Judge: horn Court Rptr: tob FTR AUSA: Ryan (tob) (Entered: 09/14/2004) |
| 09/14/2004 | | | ORAL ORDER as to Thomas Russell Christmas denying release ( Entered by Magistrate Judge Carl Horn III ) (tob) (Entered: 09/14/2004) |
| 09/16/2004 | | | Deadline updated as to Thomas Russell Christmas, reset Calendar Call for 9:30 11/1/04 for Thomas Russell Christmas before Judge Graham C. Mullen per GCM instructions (jlk) (Entered: 09/16/2004) |
| 09/17/2004 | | | NOTICE of Hearing as to Thomas Russell Christmas :, Inquire into Status of Counsel hearing set for 9:30 9/28/04 for Thomas Russell Christmas before Magistrate Judge David C. Keesler (mga) (Entered: 09/17/2004) |
| 09/27/2004 | 110 | | ORDER as to Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison granting [108-1] motion to Continue this matter from the November 2004 Criminal Term as to Shane Ray Pope (12), to Continue in Interests of Justice Time excluded from 11/1/04 to 1/3/05 , set Calendar Call for 10:00 1/3/05 for Jason Michael Agard, for Aaron Charles Beane, for Carroll Joseph Carpin, for Thomas Russell Christmas, for Bradford Lane Couch, for Dennis Gerald Keith, for William Russell Locklear, for Jason Armistead Sadler, for Christopher Shane Pigg, for Shane Ray Pope, for Mitchell Terrell Morrison before Judge Graham C. Mullen ( Signed by Judge Graham C. Mullen ) (ssh) (Entered: 09/27/2004) |
| 09/28/2004 | | | Inquiry into Status of Counsel as to Thomas Russell Christmas held Judge: David Keesler Court Rptr: FTR/mga (mga) (Entered: 09/29/2004) |
| 12/03/2004 | | | Inquiry into Status of Counsel as to Thomas Russell Christmas held, atty Blackwood to remain in case. Judge: Keesler Court Rptr: tob ftr (tob) (Entered: 12/03/2004) |
| 12/09/2004 | 132 | | ORDER as to Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, William Russell |

| Date | Doc # | | Description |
|---|---|---|---|
| | | | Locklear, Shane Ray Pope, Mitchell Terrell Morrison granting [129-1] motion to Continue as to William Russell Locklear (9), to Continue in Interests of Justice Time excluded from 1/3/05 to 4/4/05 , and reset Calendar Call for 10:00 4/4/05 for Jason Michael Agard, for Aaron Charles Beane, for Carroll Joseph Carpin, for Thomas Russell Christmas, for Bradford Lane Couch, for William Russell Locklear, for Shane Ray Pope, for Mitchell Terrell Morrison before Judge Graham C. Mullen ( Signed by Judge Graham C. Mullen ) (clc) (Entered: 12/14/2004) |
| 12/16/2004 | 136 | | ORDER as to Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, William Russell Locklear, Shane Ray Pope, Mitchell Terrell Morrison granting [133-1] motion to Continue this matter from the January 2005 Criminal Term as to Jason Michael Agard (2), to Continue in Interests of Justice Time excluded from 1/3/05 to 4/4/05 , and reset Calendar Call for 10:00 4/4/05 for Jason Michael Agard, for Aaron Charles Beane, for Carroll Joseph Carpin, for Thomas Russell Christmas, for Bradford Lane Couch, for William Russell Locklear, for Shane Ray Pope, for Mitchell Terrell Morrison before Judge Graham C. Mullen ( Signed by Judge Graham C. Mullen ) (clc) (Entered: 12/17/2004) |
| 01/25/2005 | | | STRAIGHT UP PLEA entered by Thomas Russell Christmas . Court accepts plea. Guilty: Thomas Russell Christmas (5) count(s) 1, 6, 9, 10 (Terminated motions: ) Judge: horn Court Rptr: tob ftr AUSA: Howard (tob) (Entered: 01/25/2005) |
| 01/25/2005 | 150 | | Entry and Acceptance of Guilty Plea by Thomas Russell Christmas approved by Magistrate Judge Carl Horn III . (tob) (Entered: 01/25/2005) |
| 01/26/2005 | 162 | | U.S. PROBATION'S NOTICE to court re: PSI report as to Thomas Russell Christmas 10:00 3/22/05 for Thomas Russell Christmas (jlk) (Entered: 03/03/2005) |
| 03/17/2005 | 169 | | MOTION by Thomas Russell Christmas to Continue from the March 22, 2005 trial term referred to: Judge Graham C. Mullen (jlk) (Entered: 03/18/2005) |
| 03/18/2005 | | | Deadline updated as to Thomas Russell Christmas, reset Sentencing for possibly 5/24/05 term for Thomas Russell Christmas before Judge Graham C. Mullen Motion to continue filed (jlk) (Entered: 03/18/2005) |
| 03/21/2005 | 170 | | ORDER as to Thomas Russell Christmas granting [169-1] motion to Continue from the March 22, 2005 sentencing as to Thomas Russell Christmas (5) ( Signed by Judge Graham C. Mullen ) (ssh) (Entered: 03/21/2005) |
| 04/12/2005 | | | Deadline updated as to Thomas Russell Christmas, reset Sentencing for 10:00 5/17/05 for Thomas Russell Christmas before Judge Graham C. Mullen (jlk) (Entered: 04/12/2005) |
| 05/11/2005 | 182 | | DEFT SENTENCING BRIEF by Thomas Russell Christmas (O'Brien, Tammy) (Entered: 05/13/2005) |
| 05/17/2005 | | | Minute Entry for proceedings held before Judge Graham Mullen :Sentencing held on 5/17/2005. Party Thomas Russell Christmas terminated. (Court |

| | | | |
|---|---|---|---|
| | | | Reporter Kelly.) (Hankins, Susan) (Entered: 05/17/2005) |
| 05/17/2005 | 183 | | MOTION for downward Departure 5K1.1 and 18:3553(e)by USA as to Thomas Russell Christmas. (Hankins, Susan) (Entered: 05/18/2005) |
| 06/15/2005 | 193 | 14 | JUDGMENT as to Thomas Russell Christmas (5), Count(s) 1, 120 mos imp conc + 3 yr SRT conc + $100 assess; Count(s) 10, 120 mos imp conc + 3 yr SRT conc. $100; Count(s) 6, 120 mos imp conc + 3 yr SRT conc + $100 assess; Count(s) 9, 120 mos imp conc + 3 yr SRT conc + $100 assess . Signed by Judge Graham Mullen on 6/15/05. (Hankins, Susan) (Entered: 06/21/2005) |
| 08/11/2005 | 213 | | Judgment Returned Executed as to Thomas Russell Christmas on 7/29/05. (Anderton, Michelle) (Entered: 08/15/2005) |
| 08/11/2005 | 214 | | Judgment Returned Executed as to Thomas Russell Christmas on 7/29/05 dft delivered to Jesup,GA. (Anderton, Michelle) (Entered: 08/16/2005) |
| 09/22/2005 | 229 | | CJA 20 as to Thomas Russell Christmas: Authorization to Pay Thomas J. Blackwood. Amount: $ 6192.00, Voucher # 050901000083. . Signed by Judge Graham Mullen on 9/15/05. (Guerra, Letha) (Entered: 09/22/2005) |
| 06/25/2009 | 349 | | Application for Writ of Habeas Corpus ad Prosequendum as to Jason Alan Johnson, Jason Michael Agard, Aaron Charles Beane, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope, Mitchell Terrell Morrison (Washington, Dana) (Entered: 06/25/2009) |
| 01/04/2011 | | | Judge update in case as to Jason Alan Johnson, Carroll Joseph Carpin, Thomas Russell Christmas, Bradford Lane Couch, Billy Jason Keith, Dennis Gerald Keith, William Russell Locklear, Jason Armistead Sadler, Christopher Shane Pigg, Shane Ray Pope. District Judge Frank D. Whitney added as presider. Senior Judge Graham Mullen no longer assigned to case. (bsw) (Entered: 01/04/2011) |
| 06/02/2014 | 377 | 19 | SUPERVISED RELEASE JURISDICTION Transferred to Middle District of Georgia as to Thomas Russell Christmas (tmg) (Entered: 06/02/2014) |
| 06/02/2014 | | | Notice to Middle District of Georgia of a Transfer of Jurisdiction as to Thomas Russell Christmas. The clerk will transmit any necessary sealed document under separate cover. (Documents: 377 Transfer Out/Probationer ) (*If you require certified copies of any documents send a request to InterdistrictTransfer_NCWD@ncwd.uscourts.gov. If you wish to designate a different email address for future transfers, send a request to Assist_Team@txnd.uscourts.gov.*) (tmg) (Entered: 06/02/2014) |